# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>**Plaintiff,** )<br>v. )<br><br>**KEVIN WOLCOTT, and** )<br>**BRADLEY ELDRIDGE** )<br><br>**Re: 323 Mayberry Street** ) | **Case NO. 2:08cr00013**<br>**Judge Haynes** |

*Order*
*This motion*
*is GRANTED*
*[signature]*
*3-23-12*

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT
## AND ENTER CONSENT ORDER OF FORFEITURE

COMES NOW the United States of America, by and through Jerry Martin, United States

Attorney for the Middle District of Tennessee and Debra Teufel Phillips, Assistant United States

Attorney for the Middle District of Tennessee, and Howard L. Upchurch, Attorney for Petitioner

The Bank of Crossville The First National Bank of Pikeville, Tennessee, Phillip L. Crawford, Trustee,

and Bradley Eldridge and hereby requests this Court approve the attached Settlement Agreement

and Mutual Release as all matters between these parties have been settled and compromised, and

upon approval, enter a Consent Order of Forfeiture and dismiss the within action with prejudice.