UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case NO. 2:08cr00013 |
| ) | CHIEF JUDGE HAYNES |
| KEVIN WOLCOTT and ) | |
| BRADLEY ELDRIDGE, ) | |
| ) | |
| Defendants, ) | Ancillary Proceedings Re: |
| ) | 32 Small Lane, Crossville a/k/a |
| ) | 32 Pomona, Crossville |
| CATHY KNIGHT and THE BANK OF ) | |
| CROSSVILLE THE FIRST NATIONAL ) | |
| BANK OF PIKEVILLE, TENNESSEE ) | |
| ) | |
| Petitioners. ) | |

## AGREED ORDER OF FORFEITURE CONSISTING OF A $5,000 UNITED STATES CURRENCY MONEY JUDGMENT IN LIEU OF FOREFITURE OF 32 SMALL LANE a/k/a 32 POMONA, CROSSVILLE, TENNESSEE

The Court having been fully advised in the premises, and having reviewed and approved the Settlement Agreement submitted herewith between Plaintiff United States of America and Petitioners Cathy Knight and The Bank of Crossville The First National Bank of Pikeville, Tennessee in this Ancillary Proceeding, hereby **ORDERS**:

An Agreed Money Judgment is entered against Cathy Knight in the amount of $5,000 United States currency to be paid as set forth in the attached Settlement Agreement in lieu of forfeiture of real property commonly described as 32 Small Lane a/k/a 32 Pomona, Crossville, Tennessee 38571 and more particularly described as:

> Real property located at 32 Small Lane (a/k/a 32 Pomona), Crossville, TN, 38571 and improvements, fixtures, attachments and easements, more particularly described as:
>
> In the First Civil District of Cumberland County, Tennessee, bounded and described as follows:

Beginning on a ½ inch pipe (set) in a fence marking the southern boundary of John Crowder said pipe is the northeast corner of this described parcel and also a corner of Agness Lewis (Deed Book 1137, Page 461) and is farther located N56-59-29W 27.8 feet from a utility pole approximately 425 feet North of the center of Pomona Road, thence leaving Crowder and going with the remainder of the Agness Lewis property S17-35-49E 104.83 feet to a ½ inch pipe (set), S70-36-47W crossing 15 foot easement 82.75 feet to a ½ inch pipe (set), thence N26-49-08W 25.60 feet to a ½ inch pipe (set), S71-30-30W 20.62 feet to a ½ inch pipe (set) and N20-25-01W135.47 feet to a steel fence post (found) int eh aforementioned fence that marks the southern boundary of Crowder thence leaving Agness Lewis and going with Crowder S82-44-45E 125.74 feet to the beginning containing 0.32 acres as surveyed by the David H. Bradley-Land Surveying Company R.L.S. No. 1137 on 16 January 2006.

The following is a description of a portion of the Agnes L. Lewis property lcoated on Pomona Road in the First (1st) Civil District of Cumberland County, Tennessee (referenced Deed Book 1137, Page 461, Tax Map 72, Parcel 73.00) and is more particularly described as follows:

Beginning on a stake located in the Southern boundary of John Crowder, said stake is the Northwest corner of the described parcel and Northeast corner of the Fred Yoakam property thence leaving Yoakam and going with Crowder S 82 deg 44 min 45 sec E, 20.74 feet from a utility pole, thence leaving Crowder and going with the remainder of the Agnes Lewis property S 17 Deg 35 Min Sec E. 104.83 feet to a ½ inch pipe (set) 70 Deg 36 Min 47 Sec W, crossing a 15 foot easement 82.75 feet to a ½ inch pipe (set), N 26 Deg 49 Min 08 Sec W, 25.60 feet to a ½ inch pipe (set), S71 Deg 30 Min 30 Sec W. 20.62 feet to a ½ inch pipe (set) and N 20 Deg 25 Min 01 Sec W, 30.47 feet to a stake marking the original southwest corner of Fred Yoakam, thence leaving the remainder of the Anges Lewis property and going with Yoakam S 82 Deg 44 Min 45 Sec E 105.00 feet and N 20 Deg 25 Min 01 Sec W, 105.00 feet to the beginning containing 0.0967 acres as surveyed by the David Bradley-Land Surveying Company R.L.S. No. 1137 on 16 January 2006.

Property commonly known as: 32 Pomona Road, Crossville, TN 38571

Being the same property conveyed to W E Properties by virtue of a deed dated September 29, 2008 from Deutsche Bank National Trust Company as Trustee for HSI Asset Securitization Corporation Trust 2007-HE1 of record at Deed Book 1304, Page 32, Register's Office, Cumberland County, Tennessee.

Map 072, Parcel Number 073.01

Upon payment in full of this $5,000.00 United States Currency Money Judgment, the United States shall file a Satisfaction of Judgment with the Court noticing all persons that the judgment has been satisfied. Payments toward the Money Judgment shall be placed in the appropriate asset forfeiture fund for further distribution under the law.

The Court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED this 27th day of August 2012.

William Joseph Haynes Jr.
UNITED STATES CHIEF DISTRICT JUDGE