UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 2:08CR00013 |
| ) | CHIEF JUDGE HAYNES |
| KEVIN WOLCOTT and ) | |
| BRADLEY ELDRIDGE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CATHY KNIGHT, ) | |
| ) | |
| Petitioner, ) | |

## ORDER

It is hereby ORDERED

That this action is assigned for a hearing to commence at _10:00 am_ on _July 22, 2013_ in Courtroom No. 873, United States Courthouse, Broadway at 8th Avenue, Nashville, Tennessee, or as soon thereafter as the matter can be reached on the Court's Calendar.

At such hearing, the Court will consider whether it should order enforcement of the terms of the Settlement Agreement approved by this Court on August 24, 2012 and whether there are grounds to issue an Order to Show Cause why respondent has not complied with and obeyed the terms of the Settlement Agreement previously issued by this Court.

It is hereby further Ordered that a copy of this Order will be mailed to the Petitioner Cathy Knight at the following address:

Cathy Knight
32 Pomona
Crossville, TN 38571

1

It is further Ordered that a copy of this order be served on the Petitioner via hand delivery by the Internal Revenue Service.

Dated this _10th_ day of July, 2013.

ENTER:

_____
CHIEF JUDGE HAYNES
UNITED STATES DISTRICT

2