# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )      Case No. 2:08-00013 |
| | )      Chief Judge Haynes |
| KEVIN WOLCOTT | ) |

*[handwritten annotations in right margin, largely illegible:]* _Granted_ _Based upon the Government's response that included the Probation officer's views, the Court finds that Defendant's conduct commendable, but not "exceptional" as required by 6th Cir. U.S. v Lussier, 104 F.3d 32, 36 (6th Cir. 1997)_ ... *[signature]* ... 9-25-14

## MOTION OF DEFENDANT KEVIN WOLCOTT
## FOR EARLY TERMINATION OF SUPERVISED RELEASE

**COMES NOW** the Defendant, **Kevin Wolcott**, by and through his undersigned counsel, and pursuant to 18 U.S.C.§ 3583(e)(1) and Fed R.Crim.P. 32.1(c), hereby respectfully requests that the Court enter an Order terminating the Defendant's supervised release and discharging the Defendant from any further supervision. In support hereof, Defendant states as follows:

1. On May 24, 2011, this Court sentenced Defendant Kevin Wolcott to twenty-four (24) months imprisonment, two (2) years of supervised release, and a $300 special assessment in this gambling and money laundering case. (Docket Entry 835, Amended Judgment and Commitment Order). The Court did not order a fine and no restitution was owed or ordered for the offense. Before the time of sentencing, Defendant Kevin Wolcott had paid in full his anticipated special assessment ($300) and proof of payment was provided to US Probation and was reflected in his PSR. Defendant Kevin Wolcott self-reported as directed for service of his sentence and served his sentence as a model inmate. He matriculated to the halfway house on February 6, 2013 and was placed on supervised release on April 19, 2013.

2. Defendant Kevin Wolcott has now completed over half of his term of supervised release, during which he has been a perfect citizen and has been in absolute compliance with all